WILLIAM A. FASOLO, RECEIVER, ETC., PLAINTIFF-PETI-
TIONER, v. REGNU, INC., DEFENDANT-RESPONDENT.

See same case below: 8 *N. J. Super.* 234.

*Mr. Isadore Glauberman* for the petitioner.

*Mr. Samuel Milberg* for the respondent.

October 2, 1950.   Denied.

BALIP AUTOMOTIVE REPAIRS, INC., PLAINTIFF-PETI-
TIONER, v. ATLANTIC CASUALTY INSURANCE COM-
PANY, DEFENDANT-RESPONDENT.

See same case below: 8 *N. J. Super.* 238.

*Mr. Louis Steisel* and *Mr. Aaron Gordon* for the petitioner.

*Mr. Harry Green* for the respondent.

October 2, 1950.   Granted.